UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANSON COLD STORAGE CO., )
    Plaintiff, )
         ) No. 1:15-cv-869
-v- )
         ) HONORABLE PAUL L. MALONEY
CHIZEK ELEVATOR & TRANSPORT, INC. )
and JASON SCOTT TURLEY, )
    Defendants. )
         )

## JUDGMENT

This Court granted Defendants' motion to dismiss. The Court concluded that the complaint was filed after the statute of limitations expired. All claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:   September 7, 2016                         /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge